In the Matter of the Application of DALLAS S. TOWNSEND et al., Appellants; ISABEL D. McHIE, Respondent.

(Argued January 4, 1932; decided February 9, 1932.)

*Herbert Barry* and *George Gordon Battle* for appellants.

*Charles G. Coster* and *William J. Rapp* for respondent.

Order affirmed, with costs, in so far as it vacates the appointment of the ancillary committee and directs the delivery by such committee of the property in their possession or subject to their control. In so far as the order directs an accounting by the committee and defines the rules or principles to be adhered to thereon, the appeal is dismissed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.